IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

ORLANDO JERMAINE MYERS,
  Defendant.

CRIMINAL FILE NO.
1:08-CR-169-TWT

### ORDER

This is a criminal case. It is before the Court on the Report and Recommendation [Doc. 39] of the Magistrate Judge recommending denying the Defendant's Motion to Suppress Statements [Doc. 13]. For the reasons set forth in the thorough and well reasoned Report and Recommendation, the Defendant's statements were made voluntarily and after he knowingly and intelligently waived his Fifth Amendment rights. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Suppress Statements [Doc. 13] is DENIED.

    SO ORDERED, this 4 day of March, 2009.

                  /s/Thomas W. Thrash
                  THOMAS W. THRASH, JR.
                  United States District Judge